# EXHIBIT 1



Logged In: ███████ |

| Person ID: ███ Sex: M DOB: ███ Current Age: 29 COB: HONDU COC: HONDU |
|---|

Subject ID ███ Processing Disposition **Expedited Removal (I 860)** ICE Non Detained Portal Verified Account **No** RCA Look Up

Case # ███ Case Category **[8F]** Docket MSV HONDURAS Marrone

Final Order of Removal: **No**
Final Order Date: **N/A**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

Time in Custody: **1 days**
Depart / Cleared Status: **ACTIVE**

Special Class:



**Current / Active Alerts**

| In Custody |
|---|
| Z-Hold |

# Perez-Maradiaga, Wilson Leonel ███ 311

# Encounter Details

| 1 Encounter(s) linked to Person ID: ███ |
|---|

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 1 | ███ | ███ 311 | PEREZ MARADIAGA | WILSON | HONDU | No Priority | ███ | 07/31/2026 | ███ | 8F |

# Encounter Details

All information below may only be edited in EAGLE

## Event / Incident Information

Event Number ███
Event Occurred On: **07/31/2026**
Event Type **287(g) Program Activities**
Program **TFM - 287g Task Force**

Operation **N/A**
Site: **CHS**
Landmark **CHSGEN - CHS GENERAL AREA, NON-SPECIFIC**

Primary Agent **TROY FISHER**
Assigned On: **07/31/2026**
Event Supervisor **KENNETH BARNETT**
Assigned On **07/31/2026**

## Subject Information

FINS: ███
DNA Collection Device Number ███
A-Number: ███ 311
Control Name **PEREZ-MARADIAGA**
First Name **WILSON**
Middle Name: **LEONEL**
Maiden **N/A**
Nickname: **N/A**
Living? **Y**
Sex **M**
Marital Status: **Single**
SSN **N/A**
Juvenile Verified: **N/A**
Occupation: **N/A**
TSC Log # **N/A**
NUIN #: **N/A**
SEN # **N/A**

Historical Priority: **No Priority**
Criminal Type **N/A**
Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship **HONDURAS**
Stateless Type **N/A**
Hair: **BLK**
Eyes **BRO**
Complexion: **LBR**
Race **U**
Origin **N**
Date of Birth: ███
Age **29**
Age at Encounter: **29**
Height: **67**
Weight **140**
Speak/Understand English: **N**
Read/Write English **N**

Role: **P**
Role Comment **N/A**
Processing Disposition: **Expedited Removal (I-860)**
INS Status **Inadmissible Alien**
POE **N/A**
Entry Date: **N/A**
Entry Class **Not Applicable**
Apprehension Date: **2026-07-31 09:52:56.0**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Arrest Method **287(g) Program**
Site: **CHS**
Landmark **CHSGEN - CHS GENERAL AREA, NON-SPECIFIC**
Arrest At/Near: **HURRICANE, WV**
Juvenile Status: **N/A**
CBP Family Unit ID **N/A**
CBP Separation Reason: **N/A**

EARM

| | | |
|---|---|---|
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | Accompanying Family Member Relation: **N/A** |
| U S  Veteran Status  **N** | Family Members  **N/A** | Accompanying Family Member Subject ID  **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Consequence Delivery System Selection: **N/A** |
| | Related Minor(s)  **N/A** | ICE Family ID  **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States  **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 07/31/2026 09:54 AM

ENCOUNTER:

On July 31st, 2026, around the hour of 0602, Hurricane Police Department, Patrolman R. Moses, assigned as a 287(g) Task Force Officer, conducted a traffic stop on a gray in color Ford F150 pickup truck bearing Ohio registration ███████. The vehicle was observed to be speeding in a construction zone while operating upon a West Virginia roadway on I-64 East bound around the 34 Mile Marker in Hurricane WV. The vehicle was stopped for the above violation around the 35 Mile Marker east bound in Hurricane, in the county of Putnam, West Virginia, United States of America. Patrolman Moses approached the vehicle and requested the driver's license. The driver was identified as Cesar Centeno-Pastrana by a U.S. DHS Work Authorization Card. The passengers were identified as Ronys Josue Hernandez Garcia by a Honduran ID card, Wilson Leonel Perez Maradiaga by a Honduran ID, Victor Antonio Ordonez Castillo by a Honduran Passport, Yimi Mancia by a picture of his Honduran Passport on his phone.

The occupants spoke little English, primarily in Spanish and displayed signs of nervousness. Patrolman R. Moses contacted ICE ERO for assistance due to the language barrier, presentation of a foreign identity document, and presentation of a US work authorization card.

Identification of occupants was as follows:

The driver was identified as Cesar Centeno-Pastrana by a U.S. DHS Work Authorization Card. He was checked through various records at the disposal of ICE ERO and it was determined that he was in immigration proceedings and did not have status to lawfully remain in the United States.

The front passenger presented a picture on his phone of a Honduran Passport was identified as Yimi Mancia. He admitted to ICE ERO that he was from Honduras and that he was here illegally. He was checked through various records at the disposal of ICE ERO and it was determined that he did not have any active applications or admissions into the U.S. He did not have any legal status to work and lawfully remain in the United States.

A rear passenger presented Honduran ID card and was identified as Ronys Josue Hernandez Garcia. He admitted to ICE ERO that he was from Honduras and that he was here illegally. He was checked through various records at the disposal of ICE ERO and it was determined that he was ordered removed by an immigration judge on January 8th 2026. He did not have any active applications or admissions into the U.S. He did not have any legal status to work and lawfully remain in the United States.

A rear passenger presented a Honduran ID and was identified as Wilson Leonel Perez Maradiaga. He admitted to ICE ERO that he was from Honduras and that he was here illegally. He was checked through various records at the disposal of ICE ERO and it was determined that he did not have any active applications or admissions into the U.S. He did not have any legal status to work and lawfully remain in the United States.

A rear passenger presented a Honduran Passport and was identified as Victor Antonio Ordonez Castillo. He admitted to ICE ERO that he was from Honduras and that he was here illegally. He was checked through various records at the disposal of ICE ERO and it was determined that he did not have any active applications or admissions into the U.S. He did not have any legal status to work and lawfully remain in the United States.

Patrolman R. Moses contacted ICE Enforcement and Removal Operations (ERO) for assistance due to the language barrier and presentation of foreign identity documents. ICE ERO officers S. Fletcher, Z. Lackey, & T. Fisher responded to the scene.

Upon arrival, DO Fletcher, DO Lackey, & DO Fisher interviewed the subjects and they admitted to not having status to lawfully remain in the United States. Cesar Centeno-Pastrana, Ronys Josue Hernandez Garcia, Wilson Leonel Perez Maradiaga, Victor Antonio Ordonez Castillo, & Yimi Mancia were subsequently arrested for immigration offences. The above subjects were determined to be citizens and nationals of Honduras. None of the subjects were in possession of any valid immigration documents allowing them to enter or stay in the United States lawfully. The occupants also admitted to being illegally present in the United States. At that time, the above 5 subjects were taken into ICE custody without incident and transported to the ICE office in Poca, WV, for further processing. Records checks and fingerprints confirmed that the above 5 subjects arrested lacked status to stay in the United States lawfully.

Cesar Centeno-Pastrana received a citation speeding in construction from the traffic stop. Citation #100-3847423

ALIENAGE AND REMOVABILITY:
PEREZ was born on ████████████ in HONDURAS and entered the United States at an Unknown place and time without being inspected or permitted by an immigration official. PEREZ will be charged as inadmissible pursuant to violations under section 212(a)(7)(a)(i) of the Immigration and Nationality Act, as amended.

FAMILY HISTORY:
PEREZ claims his father was born in HONDURAS and is a citizen of HONDURAS. PEREZ claims his mother was born in HONDURAS and is a citizen of HONDURAS.

IMMIGRATION HISTORY:
NO IMMIGRATION HISTORY

CRIMINAL HISTORY:
NO CRIMINAL HISTORY

HEALTH AND HUMANITARIAN:
PEREZ claims that he is in good health and is not taking any medications.
PEREZ does not claim any significant humanitarian concerns.

CONSULAR NOTIFICATION:
PEREZ is a native of HONDURAS. PEREZ declined notification to the Consulate of HONDURAS of his arrest and detention.
PEREZ was given the opportunity to make a telephone call.

INTEL:
PEREZ did not have a valid passport at the time of his arrest.
PEREZ did not have a Mexican ID card at the time of his arrest.
PEREZ does not claim any fear in being returned to his native country of HONDURAS.
PEREZ denies service in any branch of the U.S. military.

DISPOSITION:
This officer processed PEREZ as An expedited removal. This officer served PEREZ with I-860, I-296 and I-867a. I-867b. PEREZ will be transferred to and detained at the Moshannon Valley Correctional Facility in Philipsburg, PA, and will be detained without bond awaiting his departure.

PROPERTY/ MONEY:
I-77# 0280449
I-589# 3992344