**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CESAR ONIEL CENTENO PASTRANA,
YIMI JOSUE MANIA, VICTOR
ANTONIO ORDONEZ CASTILLO, RONI
JOSUE HERNANDEZ GARCIA, AND
WILSON LEONEL PEREZ
MARADIAGA, by and through their next
friend, KYLE SLONE,

                    Petitioners,

v.                                                                CIVIL ACTION NO. 3:26-0486

DAVID VENTURELLA, Acting Director,
United States Immigration and Customs
Enforcement; MARKWAYNE MULLIN,
Secretary of Homeland Security; TODD
BLANCHE, Acting United States
Attorney General; DAVID KLUEMPER,
Supervisory Detention and Deportation
Officer, United States Immigration and
Customs Enforcement; KENNETH
BARNETT, Supervisory Detention and
Deportation Officer, United States
Immigration and Customs Enforcement;
JOHN RIFE, Field Office Director,
Philadelphia Field Office, United States
Immigration and Customs Enforcement,
in their official capacities,

                    Respondents.

**ORDER**

For good cause shown, the Court **GRANTS** Respondents' unopposed "Motion for a Brief

Extension of Time to Respond." ECF No. 9. Respondents request an extension of time to respond

to Petitioner Hernandez-Garcia's petition. Respondents have filed responses addressing all other

-2-

petitioners in this action. *See* ECF Nos. 8, 10. Respondents are **DIRECTED** to file a response to Petitioner Hernandez-Garcia's petition by 5:00 P.M. today, August 3, 2026.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:        August 3, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

-2-