**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CESAR ONIEL CENTENO PASTRANA,
YIMI JOSUE MANIA, VICTOR
ANTONIO ORDONEZ CASTILLO, RONI
JOSUE HERNANDEZ GARCIA, AND
WILSON LEONEL PEREZ
MARADIAGA, by and through their next
friend, KYLE SLONE,

                    Petitioners,

v.                                                    CIVIL ACTION NO. 3:26-0486

DAVID VENTURELLA, Acting Director,
United States Immigration and Customs
Enforcement; MARKWAYNE MULLIN,
Secretary of Homeland Security; TODD
BLANCHE, Acting United States
Attorney General; DAVID KLUEMPER,
Supervisory Detention and Deportation
Officer, United States Immigration and
Customs Enforcement; KENNETH
BARNETT, Supervisory Detention and
Deportation Officer, United States
Immigration and Customs Enforcement;
JOHN RIFE, Field Office Director,
Philadelphia Field Office, United States
Immigration and Customs Enforcement,
in their official capacities,

                    Respondents.


**MEMORANDUM OPINION AND ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners Cesar

Oniel Centeno Pastrana, Yimi Josue Mania, Victor Antonio Ordonez Castillo, Roni Josue

Hernandez Garcia, and Wilson Leonel Perez Maradiaga.[1] *Pet.*, ECF No. 1. For the reasons discussed below, the Petition is **GRANTED** as it concerns Petitioners Centeno Pastrana, Ordonez Castillo, and Josue Mania. The Petition remains pending as to Petitioners Perez Maradiaga and Hernandez Garcia. *See* ECF Nos. 10, 11, 14, 16.

Petitioners challenge their current civil immigration detention without an individualized custody determination and request immediate release. *Pet.* ¶¶ 2–3, 18, 20, 21. Petitioners were arrested on the morning of July 31, 2026, within the interior of the United States, in Hurricane, West Virginia, near exit 34 following a traffic stop. *Id.* ¶¶ 17, 19. Soon after, they were transported to the ICE processing facility in Poca, West Virginia. *Id.* ¶ 19; *Gov't's Centeno Pastrana, Ordonez Castillo, Josue Mania Resp.* 4–5, ECF No. 8. This Petition was filed around 11:00 A.M. on the same day.

The Government states that it presents the same arguments previously rejected by this Court and indicates a hearing on the matter is not necessary. *Gov't's Centeno Pastrana, Ordonez Castillo, Josue Mania Resp.* 2–3.[2] This Court's opinions[3] are adopted and form the basis for this brief opinion. The Government's arguments have been uniformly rejected by Courts within this District. *See Izaguirre v. Mason*, No. 2:26-CV-00121, 2026 WL 561235, at *3–5 (S.D. W. Va.

---

[1] The Petition was initially filed as a next friend petition, however, counsel subsequently contacted and received consent to represent Petitioners. *Verification and Notice* 1 n.1, ECF No. 17.

[2] Given Petitioner's representation that its arguments have been rejected and are governed by prior decisions of this Court and the Southern District of West Virginia, the Court does not address nor make any ruling upon the validity or invalidity of the "Voluntary Departure and Verification of Departure" forms signed by Petitioner Ordonez Castillo, ECF No. 8-2, at 7, and Petitioner Josue Mancia, ECF No. 8-3, at 9, attached to the Government's Response. *Gov't's Centeno Pastrana, Ordonez Castillo, Josue Mania Resp.* 2–3. Petitioners did not file a reply due to the Government's acknowledgement and agreed a hearing was not necessary to the extent the pleadings are sufficient to grant their requested relief. *Verification and Notice* 2 n.2.

[3] *See e.g., Linarez Vilchez v. Kluemper*, No. 3:26-0261, 2026 WL 1049282 (S.D. W. Va. Apr. 17, 2026); *Uulu v. Aldridge*, No. 3:26-073, 2026 WL 401200 (S.D. W. Va. Feb. 12, 2026); *Simanca Gonzalez v. Aldridge*, No. 3:26-0055, 2026 WL 313476 (S.D. W. Va. Feb. 5, 2026).

Feb. 27, 2026) (Goodwin, J.); *Umarov v. Mason*, No. 2:27-cv-00081, 2026 WL 381614, at *5 (S.D. W. Va. Feb. 11, 2026) (Berger, J.); *Briceno Solano v. Mason*, No. 2:26-cv-00045, 2026 WL 311624, at *20 (S.D. W. Va. Feb. 4, 2026) (Johnston, J.). The Court's analysis of the Immigration and Nationality Act and entitlement to due process within it has not changed.

For the previously stated reasons, the Petition, ECF No. 1, is **GRANTED** as it concerns Petitioners Centeno Pastrana, Ordonez Castillo, and Josue Mania. Respondents are **ORDERED** to **PROMPTLY RELEASE PETITIONERS** Centeno Pastrana, Ordonez Castillo, and Josue Mania in the Southern District of West Virginia, today, Tuesday, August 4, 2026. Respondents are **ORDERED** to transport Petitioners Centeno Pastrana, Ordonez Castillo, and Josue Mania back to the Southern District of West Virginia. Respondents are **DIRECTED** to provide reasonable notice of at least three hours to Petitioners' counsel of the anticipated time and place of Petitioners' release. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to Petitioners Centeno Pastrana, Ordonez Castillo, and Josue Mania's detention, including legal documents. Respondents shall file a notice of compliance with the Court.

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners Centeno Pastrana, Ordonez Castillo, and Josue Mania under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining Petitioners Centeno Pastrana, Ordonez Castillo, and Josue Mania under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANANTLY ENJOINED** from imposing any conditions or restraints on Petitioners Centeno Pastrana, Ordonez Castillo, and Josue Mania's liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without

an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Show Cause Hearing previously scheduled for today, August 4, 2026, is **CANCELLED**.[4]

The Court **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented party.

ENTER:        August 4, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

---

[4] The Show Cause Hearing is cancelled as to Petitioners Centeno Pastrana, Ordonez Castillo, and Josue Mania.